IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN ELLINGTON, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FIRST PREMIER BANK, ) | |
| ) | |
| Defendant ) | |
| ) | NO. 3:17-cv-00403 |
| ) | JUDGE TRAUGER |
| ) | |
| FIRST PREMIER BANK, ) | |
| ) | |
| Third Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CASSANDRA WHITAKER, ) | |
| ) | |
| Third Party Defendant ) | |

**ORDER**

Pending before the Court is a Motion to Strike Third Party Complaint (Docket No. 21), filed by Plaintiff Ellington. For the reasons stated in the accompanying Memorandum, Plaintiff's Motion to Strike is DENIED.

IT IS SO ORDERED.

ENTER this 26th day of June 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE