IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN ELLINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIRST PREMIER BANK, ) <br> ) <br> Defendant. ) | Civil No. 3:17-0403 <br> Judge Trauger |

FIRST PREMIER BANK,        )
                           )
    Third-Party Plaintiff, )
                           )
v.                         )
                           )
CASSANDRA WHITAKER         )
                           )
    Third-Party Defendant.

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 23re day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge