# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN ELLINGTON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FIRST PREMIER BANK,  )<br>  )<br>    Defendant.  )<br>_____ )<br>  )<br>FIRST PREMIER BANK,  )<br>  )<br>    Third Party Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CASSANDRA WHITAKER,  )<br>  )<br>    Third Party Defendant.  )<br>  ) | CIVIL ACTION<br><br>CASE NO: 3:17-cv-00403<br><br>Judge Trauger<br><br>Magistrate Judge Frensley<br><br>JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties in this action, Plaintiff Justin Ellington, Defendant / Third-Party Plaintiff First Premier Bank and Third Party Defendant Cassandra Whitaker (collectively, "Parties"), as evidenced by the signatures below, hereby stipulate to a dismissal with prejudice of all claims in this case. The Parties further stipulate that all Parties will bear their own attorneys' fees and other costs, and that no party will seek an award of fees or costs.

Dated: May 11, 2018.

**STIPULATED AND AGREED TO BY:**

/s/ Patrick Newsom
Patrick Newsom, BPR# 30282
Bruno|Newsom PLLC
40 Music Square East
Nashville, TN 37203
Ph: 615-251-9500
Fax: 615-345-4188
patrick@brunonewsom.com

/s/ James W. Cameron, III
James W. Cameron, III, Bar No. 05105
CAMERON WORLEY, P.C.
112 Westwood Place, Suite 240
Brentwood, TN 30727
Telephone: 615-515-1080
Facsimile: 615-515-1081
jwc@cameronworley.com

/s/ Alex Simanovsky
ALEX SIMANOVSKY &
ASSOCIATES, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
*Telephone:* (770) 414-1002
*Facsimile:* (866) 865-3666
alex@a-s-law.com
*Counsel for Plaintiff*

/s/ Stefanie H. Jackman
Georgia Bar No. 335652
Admitted Pro Hac Vice
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301
jackmans@ballardspahr.com
*Counsel for Defendant First Premier Bank*

/s/ Cassandra Whitaker
405 Verandah Lane
Franklin, TN 37064
*Third Party Defendant*

# CERTIFICATE OF SERVICE

I certify that the foregoing *Stipulation of Dismissal with Prejudice* was electronically filed via the United States District Court's CM/ECF System and served on the following parties:

via the CM/ECF System:

| | |
|---|---|
| James W. Cameron | Stefanie Jackman |
| CAMERON WORLEY, P.C. | BALLARD SPAHR LLP |
| 112 Westwood Place, Suite 240 | 999 Peachtree Street, Suite 1000 |
| Brentwood, TN 30727 | Atlanta, GA 30309 |
| Telephone: 615-515-1080 | Telephone: 678-420-9300 |
| Facsimile: 615-515-1081 | Facsimile: 678-420-9301 |
| jwc@cameronworley.com | jackmans@ballardspahr.com |

via U.S. Mail, postage prepaid:

Cassandra Whitaker
405 Verandah Lane
Franklin, TN 37064

on this 11th day of May, 2018.

/s/ Patrick Newsom
Patrick Newsom
BPR # 30282